**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ALYSSA BOYCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00026-AGF |
| | ) | |
| SAFECO INSURANCE OF ILLINOIS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on review of the file. Upon notice of counsel stating that the parties reached a settlement, the Court ordered the parties to file dismissal papers on or before August 14, 2024. ECF No. 26. The parties have not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **August 28, 2024**, the parties shall either file dismissal papers or show cause in writing why the case should not be dismissed. Failure to comply will result in the dismissal of the case by the Court.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2024.